**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00924-NRN

SECURA INSURANCE COMPANY, a Wisconsin company,

    Plaintiff,

v.

CAMELBACK DEVELOPMENT, LLC, a Colorado limited liability company,
THE RESIDENCES AT NEVADA PLACE CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation
THE ROCK, Inc. a/k/a ROCK STUCCO
URBAN CONSTRUCTION, LLC, a Colorado limited liability company,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, SECURA Insurance Company ("SECURA"), by and through its attorneys, submits this Notice of Settlement. The parties have reached an agreement in principle to settle the underlying construction defect action giving rise to this action and this case. The parties are working to finalize the settlement agreement. Once finalized, SECURA will file a Notice of Dismissal. To date, no party has answered or otherwise responded to SECURA's Complaint.

Respectfully submitted this 26th day of May, 2021.

          */s/ Jane E. Young*
          Jane E. Young
          Cody W. Goings
          McElroy, Deutsch, Mulvaney & Carpenter, LLP
          5600 South Quebec Street, Suite C100
          Englewood, CO  80155-4467
          Telephone:     (303) 293-8800
          Facsimile:      (303) 839-0036
          E-Mail:           jyoung@mdmc-law.com
          *Attorneys for SECURA Insurance Company*