# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00924-NRN

SECURA INSURANCE COMPANY, a Wisconsin company,

    Plaintiff,

v.

CAMELBACK DEVELOPMENT, LLC, a Colorado limited liability company,
THE RESIDENCES AT NEVADA PLACE CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation
THE ROCK, Inc. a/k/a ROCK STUCCO
URBAN CONSTRUCTION, LLC, a Colorado limited liability company,

    Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, SECURA Insurance Company, by and through its attorneys and pursuant to Rule 41 (a)(1)(A)(i), submits this Notice of Dismissal with Prejudice. No Defendant has filed an answer or motion for summary judgment.

Respectfully submitted this 28th day of June, 2021.

    */s/ Jane E. Young*
    Jane E. Young
    Cody W. Goings
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    5600 South Quebec Street, Suite C100
    Englewood, CO  80155-4467
    Telephone:    (303) 293-8800
    Facsimile:    (303) 839-0036
    E-Mail:    jyoung@mdmc-law.com
    *Attorneys for SECURA Insurance Company*